DANIEL E. KENNEDY, Respondent, v. LAWRENCE, BLAKE & JEWELL, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of ANNA A. CHIRALLI, Appellant, for an Order against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

In the Matter of Proving the Last Will and Testament of DAVID E. LAMBORN (Also Known as DAVID EMMOR LAMBORN), Deceased, as a Will of Personal Property. CHARLES G. MEEHAN and Others, Appellants; ARTEMAS E. WARD, as Administrator, etc., of DAVID E. LAMBORN, Deceased, and Others, Respondents.— Order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ. [168 Misc. 504.]

In the Matter of the Application of EUGENE EPSTEIN, Appellant, for an Order against JOHN J. McELLIGOTT, Fire Chief and Commissioner, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

IRENE FRIEDMAN and Others, Respondents, v. DAVEGA-CITY RADIO, INC., and DAVEGA STORES CORP., Appellants, Impleaded with Another, Defendant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

HARRY G. KOSCH and Others, Appellants, v. CHARLES ARTHUR McKEVETT, Respondent.— Order unanimously modified by granting motion as to item 2 of the notice of examination, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

HARRY G. KOSCH and Others, Respondents, v. CHARLES A. McKEVETT, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

EMMA A. LICHT, Respondent, v. "CHARLES" W. REYNOLDS and "ROBERT" T. REYNOLDS, First Names Fictitious, and HARRIETT I. NEWMAN, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

BALTAZAR KAZAZIAN, Respondent, v. WILLIAM GETTINGER and LOUIS EATON, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.